ACCEPTED
08-21-00043-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/16/2021 10:17 AM
ELIZABETH G. FLORES
CLERK

**IN THE COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

3/16/2021 10:17:48 AM

ELIZABETH G. FLORES
Clerk

| | | |
|---|---|---|
| **IRMA PEREZ**, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | No. 08-21-00043-CV |
| | § | |
| **VICTOR MANUEL PEREZ, JR.**, | § | |
| | § | |
| Appellee. | § | |

**ENTRY OF APPEARANCE
AS APPELLATE COUNSEL**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW John P. Mobbs, attorney, and files this his entry of appearance as lead appellate counsel for the Appellee VICTOR MANUEL PEREZ, JR. in the above-styled cause in this Court only, and requests that all notices, copies of documents filed, and other communications in this appeal be addressed to him as counsel for Appellee. The information required by Texas Rule of Appellate Procedure 6.1(c) is provided below.

Respectfully submitted,


**/s/ John P. Mobbs**
John P. Mobbs
Attorney at Law
Texas Bar No. 00784618
6350 Escondido Drive, Suite A-14
El Paso, Texas 79912
Tel. 915-541-8810
Fax 915-541-8830
Email johnmobbs@gmail.com

**ATTORNEY FOR APPELLEE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic service to **Rob Edwards** (redwards@raylaw.com), Attorney for Appellant, Ray Pena McChristian, 5822 Cromo Dr., El Paso, Texas 79912; and to **Mark T. Davis** and **Geourge Mansouraty** (attorneymdavis@yahoo.com), Trial Counsel for Appellee, Law Office of Mark T. Davis, 1554 Lomaland, El Paso, Texas 79935, on March 16, 2021.


**/s/ John P. Mobbs**
John P. Mobbs

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Mobbs on behalf of John Mobbs
Bar No. 00784618
johnmobbs@gmail.com
Envelope ID: 51509754
Status as of 3/16/2021 10:49 AM MST

Associated Case Party: VictorMPerez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| JOHN P.MOBBS | | johnmobbs@gmail.com | 3/16/2021 10:17:48 AM | SENT |